# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BRIAN MCDONALD, et al.,

    Plaintiffs,

v.

GENERAL BUILDER SUPPLY, INC., et al.,

    Defendants.

Case No. C20-99RSL

ORDER TO SHOW CAUSE

On January 27, 2020, the Court issued an order requiring the parties to file a Joint Status Report by February 24, 2020. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, March 13, 2020, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of January 27, 2020. The Clerk is directed to place this Order to Show Cause on the Court's calendar for March 13, 2020.

DATED this 28th day of February, 2020.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE