UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN McDONALD, AND JAMES R. SNYDER,<br><br>          Plaintiffs,<br><br>     v.<br><br>GENERAL BUILDER SUPPLY, INC., a Washington corporation, and NATHAN ANDERSON, TOWNLEY ANDERSON, JANE ANDERSON, and JENNIFER ANDERSON,<br><br>          Defendants. | Case No: 20-cv-00099-RSL<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

## ORDER

Steven C. Burke and Case & Dusterhoff, LLP's unopposed Motion to Withdraw came before the Court in regular course. The Court having reviewed the motion and supporting declaration, being fully advised, finds good cause to grant leave to withdraw as counsel of record for Plaintiff.

The Motion to Withdraw is GRANTED.

Dated this 21st day of April, 2021.

_____

Submitted by:
Steven C. Burke, WSBA 40431

**ORDER GRANTING MOTION TO WITHDRAW**