Joseph J. Haddad, WSBA 47665
**JJH LAW, P.C.**
514 NW 11th Ave., Ste. 201
Portland, Oregon 97209
Email: joseph@jjh-law.com
Phone: (503) 552-1467
Fax:    (503) 552-1468

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN McDONALD, AND JAMES R. SNYDER,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL BUILDER SUPPLY, INC., a Washington corporation, and NATHAN ANDERSON, TOWNLEY ANDERSON, JANE ANDERSON, and JENNIFER ANDERSON,<br><br>Defendants. | Case No: 20-cv-00099-RSL<br><br>**ORDER RE: JOINT MOTION FOR EXTENSION OF DEADLINES** |

**ORDER**

This matter came before this Court on the parties' Joint Motion for Extension of Deadlines. Based on the Motion, Declaration of Joseph J. Haddad, and files herein, the Court being fully advised in the premises; now, therefore the following deadlines are moved:

Page 1 –   **ORDER RE: JOINT MOTION FOR EXTENSION OF DEADLINES**

1. Discovery cut-off moved from May 16, 2021 to July 15, 2021;

2. ADR statement due date moved from May 30, 2021 to July 15, 2021; and

3. Dispositive motions deadline moved from June 15, 2021 to July 30, 2021.

Dated this 21st day of April, 2021.

*[signature: MW S Casnik]*

Submitted jointly by:

Joseph Haddad, WSBA 47665
joseph@jjh-law.com
Of Attorneys for Plaintiffs

Suzanne Michael, WSBA 14072
smichael@fisherphillips.com
Amanda N. Buchan, WSBA 46651
abuchan@fisherphillips.com
Of Attorneys for Defendants

Page 2 –   **ORDER RE: JOINT MOTION FOR EXTENSION OF DEADLINES**

*JJH LAW, P.C.*
514 NW 11th Ave., Ste. 201
Portland, OR 97209
P: (503) 552-1467
F: (503) 552-1468